# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 13 CV 843
Rhein v. Pryor

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Kim and David Rhein

| | |
|---|---|
| NAME (Type or print) <br> Richard Dvorak | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Richard Dvorak | |
| FIRM <br> THE LAW OFFICES OF RICHARD DVORAK | |
| STREET ADDRESS <br> 18W140 Butterfield Road, 15th Floor | |
| CITY/STATE/ZIP <br> Oakbrook Terrace, IL 60181 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> IL 6269687 | TELEPHONE NUMBER <br> 312-593-7146 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |