**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KIM RHEIN and DAVID RHEIN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AGENT PRYOR, Star Number 4816, an )<br>Illinois State Police Officer, in his )<br>individual capacity; AGENT SUMMERS, )<br>Star Number 5706, an Illinois State Police )<br>Officer, in his individual capacity; )<br>LIEUTENANT JOHN COFFMAN, an )<br>Illinois State Police Officer, in his )<br>individual capacity; HIRAM GRAU, )<br>Illinois State Police Director, in his official )<br>capacity; and LISA MADIGAN, Illinois )<br>Attorney General, in her official capacity, )<br>)<br>Defendants. ) | No. 13 C 843<br><br>JUDGE FEINERMAN<br><br>MAGISTRATE JUDGE KIM |

## DEFENDANT LISA MADIGAN'S MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS' COMPLAINT

Defendant Lisa Madigan, the Illinois Attorney General ("Attorney General"), by her attorney Sunil Bhave, Assistant Attorney General, moves this Court for partial dismissal of Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), alternatively. In support of her motion to dismiss, the Attorney General states as follows:

1.     Plaintiffs David and Kim Rhein filed this federal lawsuit on February 1, 2013, alleging that Defendants Illinois State Police Officers violated their constitutional rights by illegally entering their home, confiscating their firearms, and revoking Mr. Rhein's Firearm Owner's Identification ("FOID") card.

2.     Plaintiffs also sued the Illinois State Police Director, Hiram Grau, and the Attorney General in their official capacities, seeking a declaration that section 8(f) of the FOID Card Act, 430 ILCS 65/8(f) (2010), is unconstitutional, and further seeking an injunction barring enforcement of this statute.

3.     Plaintiffs have failed to allege facts sufficient to establish that the Attorney General has authority to enforce section 8(f) of the FOID Card Act.  Nor have Plaintiffs alleged that, even if such authority exists, the Attorney General has threatened to enforce this statute.

4.     Accordingly, the Attorney General is immune from all claims under the Eleventh Amendment.


For the reasons stated above and set forth in greater detail in the accompanying memorandum of law in support of her motion for partial dismissal of Plaintiffs' Complaint, Defendant Attorney General respectfully requests that this Court dismiss with prejudice all claims against her, and provide any other relief this Court deems just and proper.


LISA MADIGAN                                      Respectfully submitted,
Attorney General of Illinois


                                                  _____/s/ *Sunil Bhave* _____
                                                  Sunil Bhave
                                                  Assistant Attorney General
                                                  100 W. Randolph St., 13th Fl.
                                                  Chicago, IL 60601
                                                  (312) 814-4450

**CERTIFICATE OF SERVICE**

I, Sunil Bhave, hereby certify that I have caused true and correct copies of the above and foregoing Motion for Partial Dismissal of Plaintiffs' Complaint to be sent via e-filing to all counsel of record on April 8, 2013, in accordance with the rules on electronic filing of documents.


_____/s/ *Sunil Bhave*_____
SUNIL BHAVE
Assistant Attorney General