U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of Rhein v Pryor, et al.                Case Number:   1:13-cv-00843

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

**LISA MADIGAN, ATTORNEY GENERAL**

| | |
|---|---|
| NAME (Type or print) **Thor Y. Inouye** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)    *s/ Thor Y. Inouye* | |
| FIRM  **Illinois Attorney General** | |
| STREET ADDRESS  **100 West Randolph, 13th Floor** | |
| CITY/STATE/ZIP  **Chicago, IL 60601** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **6308358** | TELEPHONE NUMBER  **312.814.2035** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") **N** | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") **N** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") **Y** | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") **Y** | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.    RETAINED COUNSEL                APPOINTED COUNSEL | |