UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Kim Rhein, et al.
                Plaintiff,

v.                                                   Case No.: 1:13−cv−00843
                                                      Honorable Gary Feinerman

Agent Pryor, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 11, 2013:

      MINUTE entry before Honorable Gary Feinerman:Motion hearing held. Defendant Madigan's motion for partial dismissal [6] is entered and continued. Plaintiff indicated that he will dismiss his claims against Defendant Madigan if Defendant Grau appears and acknowledges that he is the official responsible for enforcing the challenged Illinois law and thus the proper defendant as to declaratory and injunctive relief. Status hearing scheduled for 4/22/2013 [4] is stricken and re−set for 4/25/2013 at 9:30 a.m. Initial joint status report shall be filed by 4/18/2013. Mailed notice.(jlj)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.