UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case No. 13 C 843 |
| Kim Rhein, et al, Plaintiffs, | Judge Feinerman |
| v. | |
| Agent Pryor, *et al*, Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Hiram Grau, John Coffman, Freddie Summers, Jr., and Steven Pryor

| | |
|---|---|
| SIGNATURE | s/ Sunil Bhave |
| FIRM | Illinois Attorney General's Office |
| STREET ADDRESS | 100 W. Randolph St., 13th Floor |
| CITY/STATE/ZIP | Chicago, IL 60601 |

| | |
|---|---|
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6285750 | TELEPHONE NUMBER (312) 814-4450 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐