# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KIM RHEIN and DAVID RHEIN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 13 C 843 |
| v. ) | |
| ) | JUDGE FEINERMAN |
| AGENT PRYOR, Star Number 4816, an ) | |
| Illinois State Police Officer, in his ) | MAGISTRATE JUDGE KIM |
| individual capacity; AGENT SUMMERS, ) | |
| Star Number 5706, an Illinois State Police ) | |
| Officer, in his individual capacity; ) | |
| LIEUTENANT JOHN COFFMAN, an ) | |
| Illinois State Police Officer, in his ) | |
| individual capacity; HIRAM GRAU, ) | |
| Illinois State Police Director, in his official ) | |
| capacity; and LISA MADIGAN, Illinois ) | |
| Attorney General, in her official capacity, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO ANSWER OR OTHERWISE PLEAD

Illinois State Police Defendants Hiram Grau, Agent Summers, Lt. Coffman, and Agent Pryor, by their counsel Lisa Madigan, the Illinois Attorney General, respectfully request that this Court extend the time within which they are required to Answer or Otherwise Plead to the Complaint of Plaintiff to and including May 29, 2013. In support of this motion, Illinois State Police Defendants state as follows:

1.     Plaintiffs David and Kim Rhein filed this federal lawsuit on February 1, 2013, alleging that Defendants Illinois State Police Officers violated their constitutional rights by

1

illegally entering their home, confiscating their firearms, and revoking Mr. Rhein's Firearm Owner's Identification ("FOID") card.

2. Plaintiffs also sued the Illinois State Police Director, Hiram Grau, and the Attorney General in their official capacities, seeking a declaration that section 8(f) of the FOID Card Act, 430 ILCS 65/8(f) (2010), is unconstitutional, and further seeking an injunction barring enforcement of this statute.

3. A motion to dismiss the Attorney General is currently pending.

4. The Illinois State Police Defendants were not formally served with process, but have received notice of this action and requested representation from the Attorney General's Office on April 16, 2013.

5. The undersigned has been assigned by the Attorney General's Office to represent the Illinois State Police Defendants.

6. The undersigned has not had time to review the relevant documents and reports in this case. Nor has the undersigned had an opportunity to confer with the Illinois State Police Defendants regarding this matter.

7. Additionally, the undersigned is expecting the birth of his child on or about May 10, 2013, and, thus, will be unable to attend to his duties as an Assistant Attorney General on or around the week of May 10.

8. As such, the undersigned cannot in good faith Answer the Complaint on behalf of Illinois State Defendants at this time.

9. Plaintiff's counsel, Richard Dvorak, advised that he has no objection to this request for an extension of time.

10. This is Defendants' first request for an extension of time to Answer or Otherwise Plead. Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice Plaintiff. This request is not made for dilatory purposes but, rather, to allow Defendants time to respond properly to the allegations in Plaintiff's Complaint.

**Wherefore**, Illinois State Defendants respectfully request that this Court extend the time within which to Answer or Otherwise Plead to Plaintiff's Complaint to and including May 29, 2013.

LISA MADIGAN
Attorney General of Illinois

Respectfully submitted,

_____/s/ *Sunil Bhave* _____
Sunil Bhave
Assistant Attorney General
100 W. Randolph St., 13th Fl.
Chicago, IL 60601
(312) 814-4450

## CERTIFICATE OF SERVICE

I, Sunil Bhave, hereby certify that I have caused true and correct copies of the above and foregoing Unopposed Motion for Extension of Time to Answer or Otherwise Plead to be sent via e-filing to all counsel of record on April 18, 2013, in accordance with the rules on electronic filing of documents.

_____/s/ *Sunil Bhave*_____
SUNIL BHAVE
Assistant Attorney General