IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| KIM RHEIN | ) | |
|---|---|---|
| DAVID RHEIN | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 13 C 843 |
| | ) | |
| AGENT PRYOR, et. al. | ) | Hon. Judge Gary Feinerman |
| | ) | |
| | ) | Hon. Mag. Judge Young B. Kim |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

All counsel of Record (via electronic filing)

**PLEASE TAKE NOTICE** that this 18th Day of April, 2013, I filed with the Clerk of the above-captioned Court, the parties' Joint Initial Status Report, a copy of which is attached hereto and served upon you.

## CERTIFICATE OF SERVICE

    I, Richard Dvorak, the undersigned, do hereby swear and affirm that I served the aforementioned Notice and Motion to the above-listed parties, via electronic filing, on April 18, 2013.

                                              Respectfully Submitted,

                                              /s/ Richard Dvorak

                                              _____

                                              Richard Dvorak, Attorney for the Plaintiff.

Richard Dvorak
LAW OFFICES OF RICHARD DVORAK
18W140 Butterfield Road, 15th Floor
Oakbrook Terrace, IL 60181
(312) 593-7146 (phone)
(312) 276-4868 (fax)