Kim Rhein, et al.
                    Plaintiff,

v.                                      Case No.: 1:13–cv–00843
                                                          Honorable Gary Feinerman

Agent Pryor, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 24, 2013:

      MINUTE entry before Honorable Gary Feinerman:Defendants' unopposed motion for extension of time to answer or otherwise plead [12] is granted. The time for the Illinois State Defendants to answer or otherwise plead to the complaint is extended to 5/29/2013. Motion hearing scheduled for 4/25/2013 [13] is stricken.Mailed notice.(jlj)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.