UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Kim Rhein, et al.
                    Plaintiff,
v.                                              Case No.: 1:13−cv−00843
                                                Honorable Gary Feinerman
Agent Pryor, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 25, 2013:

    MINUTE entry before Honorable Gary Feinerman:Status hearing held and continued to 9/10/2013 at 9:00 a.m. Plaintiff's oral motion to voluntarily dismiss Defendant Lisa Madigan as a party defendant is granted. The Clerk of the Court shall terminate Lisa Madigan as a party defendant. Rule 26(a)(1) disclosures shall be served by 5/20/2013. Initial written discovery requests shall be served by 5/27/2013. Fact discovery shall close 9/23/2013. Dispositive motions shall be filed by 10/23/2013. Parties shall move to amend the pleadings and add new parties by 8/23/2013. If Defendants file a motion to dismiss on 5/29/2013, Plaintiffs' response will be due by 6/19/2013, and reply will be due by 7/3/2013. Mailed notice.(jlj)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.