IN THE UNITED STATES DISTRICT COURT
NORMERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| KIM RHEIN and DAVID RHEIN, | ) | |
|---|---|---|
| Plaintiffs, | ) ) ) | No. 13 C 843 |
| v. | ) ) | JUDGE FEINERMAN |
| AGENT STEVEN PRYOR, Star Number 4816, an Illinois State Police Officer, in his individual capacity; AGENT FREDDIE SUMMERS, Star Number 5706, an Illinois State Police Officer, in his individual capacity; LIEUTENANT JOHN COFFMAN, an Illinois State Police Officer, in his individual capacity; HIRAM GRAU, Illinois State Police Director, in his official capacity; and LISA MADIGAN, Illinois Attorney General, in her official capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) | MAGISTRATE JUDGE KIM |
| Defendants. | ) | |

TO: ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that I have filed Defendant Defendants' Motion for Dismissal of Plaintiffs' Complaint and Memorandum in Support of the Motion to Dismiss this day with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. A copy of said documents is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Feinerman or before such other Judge sitting in his stead, on the 11th day of July, 2013 at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion and memorandum.

**DATED** at Chicago, Illinois this 30th day of May, 2013.

LISA MADIGAN  
Attorney General of Illinois

Respectfully submitted,

/s/ *Thor Y. Inouye*  
Thor Y. Inouye  
Assistant Attorney General

1

Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-4450

**CERTIFICATE OF SERVICE**

    I, Thor Inouye, hereby certify that I have caused true and correct copies of the above and foregoing Notice of Motion to Dismiss Plaintiffs' Complaint to be sent via e-filing to all counsel of record on May 30, 2013, in accordance with the rules on electronic filing of documents.

    /s/ *Thor Y. Inouye*
    Thor Y. Inouye
    Assistant Attorney General