# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ***Rhein v. Pryor, et al.*** | ***13 C 843*** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Steven Pryor, Freddie Summers, John Coffman

| | |
|---|---|
| NAME (Type or print) ***Thor Y. Inouye*** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Thor Y. Inouye | |
| FIRM ***Illinois Attorney General*** | |
| STREET ADDRESS ***100 West Randolph, 13th Floor*** | |
| CITY/STATE/ZIP ***Chicago, IL 60601*** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) *6308358* | TELEPHONE NUMBER *312.814.2035* |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. | |
| RETAINED COUNSEL                    APPOINTED COUNSEL | |