IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| KIM RHEIN | ) | |
| DAVID RHEIN | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 13 C 843 |
| | ) | |
| AGENT PRYOR, et. al. | ) | Hon. Judge Gary Feinerman |
| | ) | |
| Defendants. | ) | Hon. Mag. Judge Young B. Kim |

NOTICE OF MOTION

TO: ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on June 19, 2013, I filed with the above-captioned Court a copy of the Plaintiffs' Motion for Leave to File an Amended Complaint, a copy of which is attached and served upon you.

**PLEASE TAKE FURTHER NOTICE** that on July 11, 2013, at 9:00 a.m., I will appear before the Hon. Judge Feinerman in Court Room 2125 of the Dirksen Federal Building, and on that date and time, a hearing will be heard on said motion.

CERTIFICATE OF SERVICE

I, Richard Dvorak, attorney for the Plaintiffs, hereby certify and affirm that I have served this Notice and the pleading referred to in this Notice on all counsel of record, this day, June 19, 2013.

                                                Respectfully submitted,

                                                s/ Richard Dvorak,
                                                Attorney for the Plaintiff