# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Kim Rhein, et al.

                        Plaintiff,

v.                                              Case No.: 1:13–cv–00843

                                                      Honorable Gary Feinerman

Agent Pryor, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 11, 2013:

      MINUTE entry before Honorable Gary Feinerman: Motion hearing held. For the reasons stated on the record, Defendant Lisa Madigan's motion to dismiss [6] is denied without prejudice as moot. For the reasons stated on the record, Defendants 9; motion to dismiss [18] is denied without prejudice as moot. For the reasons stated on the record, Plaintiffs' motion to amend complaint [22] is granted without prejudice to Defendants challenging the amended complaint on any grounds, including, without limitation, the statute of limitations and any other arguments set forth in their reply brief [24]. Plaintiffs shall file the amended complaint as a separate docket entry. Defendants shall filed their motion to dismiss by 8/1/2013; response due by 8/16/2013; reply due by 8/30/2013. The parties' oral motion to file oversized briefs is granted. The initial and response briefs may be 20 pages in length. Written discovery shall go forward. Deposition discovery is deferred pending resolution of the motion to dismiss. Status hearing set for 9/18/2013 at 9:30 a.m. Mailed notice(meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.