# EXHIBIT D

# Bhave, Sunil

| | |
|---|---|
| **From:** | Richard Dvorak <richard.dvorak@civilrightsdefenders.com> |
| **Sent:** | Monday, July 29, 2013 5:16 PM |
| **To:** | Bhave, Sunil |
| **Cc:** | Inouye, Thor |
| **Subject:** | Re: Telephone Conversation, 7/29/13 |

Confirmed.

On Jul 29, 2013 3:52 PM, "Bhave, Sunil" <SBhave@atg.state.il.us> wrote:

Richard, to confirm our phone conversation this afternoon (July 29, 2013), you requested until tomorrow (July 30, 2013) to complete Plaintiffs' Responses to Defendants' Requests to Admit and First Set of Interrogatories. I told you that we did not have an objection this request for an extension. Furthermore, you requested until tomorrow (July 30, 2013) to provide us with Plaintiffs' Answers to Defendant's Request to Production Documents; I did not object to this request for an extension. You advised that you were in the process of collecting additional documents, if any, to disclose to Defendants, but you would need additional time to send the documents. I did not object to your request for additional time.

Finally, you agreed to dismiss the individual capacity claims against Director Grau.

Thanks,

Sunil Bhave

Assistant Attorney General

100 W. Randolph, 13th Floor

Chicago, Illinois 60601

312-814-4450