IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIM RHEIN and DAVID RHEIN, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) No. 13 C 843 |
| v. | ) |
| | ) JUDGE FEINERMAN |
| AGENT PRYOR, Star Number 4816, an | ) |
| Illinois State Police Officer, in his | ) MAGISTRATE JUDGE KIM |
| individual capacity; AGENT SUMMERS, | ) |
| Star Number 5706, an Illinois State Police | ) |
| Officer, in his individual capacity; | ) |
| LIEUTENANT JOHN COFFMAN, an | ) |
| Illinois State Police Officer, in his | ) |
| individual capacity; HIRAM GRAU, | ) |
| Illinois State Police Director, in his official | ) |
| capacity; and LISA MADIGAN, Illinois | ) |
| Attorney General, in her official capacity, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendants Hiram Grau, Agent Summers, Lt. Coffman, and Sergeant Pryor (collectively "Defendants"), by their counsel Lisa Madigan, the Illinois Attorney General, respectfully request that this Court extend the time within which they are required to file their Reply in support of their Motion to Dismiss by one week to and including Friday, September 6, 2013. In support of this motion, Defendants state as follows:

1. This Court has set a briefing schedule on Defendants' Motion to Dismiss Plaintiffs' Amended Complaint. Defendants filed their motion on August 1, 2013. Plaintiffs filed their response on August 16. Defendants' Reply is due on August 30.

1

2. Counsel for Defendants will be unable to complete their Reply by August 30 for the following reasons:

    a. The undersigned is counsel in <u>Ill. ADD, et al, v. IDHS, et al,</u> No. 13 CV 1300 (N.D. Ill.) (Aspen, J.), involving a preliminary injunction hearing set for September 9, 2013. The parties are litigating under an extremely tight discovery schedule; in fact, Defendants recently disclosed over 75,000 documents to Plaintiffs this week. The amount of time required to review documents prior to disclosure has made it difficult for the undersigned to devote proper attention to the Reply brief.

    b. The undersigned also will be in Boston, MA for a wedding of a family member and, thus, will be out of the office from Friday, August 23, to and including Monday, August, 26.

    c. Upon his return from Boston, the undersigned is responsible for filing a Reply in Support of a Motion to Dismiss in the above-referenced case in subparagraph (a), which will be due Tuesday, September 3, 2013, after receiving one previous extension.

    d. Co-Defendants' Counsel Thor Inouye will be out of state the week of August 26, 2013, for expert discovery in <u>Midwest Fence Corp. v. IDOT, et al.</u>, No. 10-5627 (N.D. Ill.) (Leinenweber, J.).

3. On August 21, 2013, the undersigned conferred with counsel for Plaintiffs, who stated that he had no objection to this request for extension of time.

4. This is Defendants' first request for an extension of time to file their Reply in Support of their Motion to Dismiss. Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice Plaintiffs. This request is not made for dilatory purposes but, rather, to allow Defendants' counsel time sufficient to meet his professional obligations.

**Wherefore**, Defendants respectfully request that this Court extend the time within which to file their Reply in support of their Motion to Dismiss to and including September 6, 2013.

LISA MADIGAN
Attorney General of Illinois

Respectfully submitted,

_____/s/ *Sunil Bhave* _____
Sunil Bhave
Assistant Attorney General
100 W. Randolph St., 13th Fl.
Chicago, IL 60601
(312) 814-4450

### CERTIFICATE OF SERVICE

I, Sunil Bhave, hereby certify that I have caused true and correct copies of the above and foregoing Unopposed Motion for Extension of Time to file Reply in Support of Motion to Dismiss to be sent via e-filing to all counsel of record on August 22, 2013, in accordance with the rules on electronic filing of documents.

_____/s/ *Sunil Bhave*_____
SUNIL BHAVE
Assistant Attorney General