IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| KIM RHEIN and DAVID RHEIN, | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| | ) | No. 13 C 843 |
| v. | ) | |
| | ) | JUDGE FEINERMAN |
| AGENT PRYOR, Star Number 4816, an Illinois State Police Officer, in his individual capacity; AGENT SUMMERS, Star Number 5706, an Illinois State Police Officer, in his individual capacity; LIEUTENANT JOHN COFFMAN, an Illinois State Police Officer, in his individual capacity; HIRAM GRAU, Illinois State Police Director, in his official capacity; and LISA MADIGAN, Illinois Attorney General, in her official capacity, | ) | MAGISTRATE JUDGE KIM |
| Defendants. | ) | |

**NOTICE OF UNOPPOSED MOTION**

TO: ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that I have filed Defendants' Unopposed Motion for Extension of Time to File Reply in Support of Motion to Dismiss this day with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. A copy of said document is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Feinerman or before such other Judge sitting in his stead, on the 28th day of August, 2013 at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED** at Chicago, Illinois this 22d day of August, 2013.

LISA MADIGAN  Respectfully submitted,
Attorney General of Illinois


_____/s/ *Sunil Bhave* _____
Sunil Bhave
Assistant Attorney General
100 W. Randolph St., 13th Fl.
Chicago, IL 60601
(312) 814-4450


**CERTIFICATE OF SERVICE**

    I, Sunil Bhave, hereby certify that I have caused true and correct copies of the above and foregoing Notice of Unopposed Motion to be sent via e-filing to all counsel of record on August 22, 2013, in accordance with the rules on electronic filing of documents.


_____/s/ *Sunil Bhave*_____
SUNIL BHAVE
Assistant Attorney General