UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Kim Rhein, et al.
                Plaintiff,

v.                                           Case No.: 1:13−cv−00843
                                                        Honorable Gary Feinerman

Agent Pryor, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 22, 2013:

      MINUTE entry before Honorable Gary Feinerman:Unopposed motion for extension of time [31] is granted. Defendants' reply brief in support of the motion to dismiss [26] shall be filed by 9/6/2013. Status hearings set for 9/10/2013 [17] and 9/18/2013 [25] are stricken and re−set for 10/10/2013 at 9:00 a.m. Motion hearing scheduled for 8/28/2013 [32] is stricken.Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.