# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Kim Rhein, et al.

                Plaintiff,

v.                                        Case No.: 1:13–cv–00843

                                                        Honorable Gary Feinerman

Agent Pryor, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2014:

      MINUTE entry before the Honorable Gary Feinerman:For the reasons set forth in the accompanying Memorandum Opinion and Order, Defendants' motion to dismiss [26] is granted in part and denied in part. Plaintiffs' facial challenge to the constitutionality of 430 ILCS 65/8(f) is dismissed without prejudice for lack of standing. Plaintiffs' individual capacity damages claims may proceed. The Clerk is directed to terminate Hiram Grau as a party defendant. Defendants Pryor, Summers, and Coffman shall answer the surviving portions of the amended complaint [29] by 4/10/2014.Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.