IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIM RHEIN and DAVID RHEIN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 13 C 843 |
| v. ) | |
| ) | JUDGE FEINERMAN |
| AGENT STEVEN PRYOR, Star Number ) | |
| 4816, an Illinois State Police Officer, in his ) | MAGISTRATE JUDGE KIM |
| individual capacity; AGENT FREDDIE ) | |
| SUMMERS, Star Number 5706, an Illinois ) | |
| State Police Officer, in his individual ) | |
| capacity; LIEUTENANT JOHN ) | |
| COFFMAN, an Illinois State Police ) | |
| Officer, in his individual capacity; HIRAM ) | |
| GRAU, Illinois State Police Director, in ) | |
| his official capacity; and LISA ) | |
| MADIGAN, Illinois Attorney General, in ) | |
| her official capacity, ) | |
| ) | |
| Defendants. | |

## JOINT MOTION TO EXTEND CLOSE OF FACT DISCOVERY

Defendants Sergeant Steven Pryor, Special Agent Freddie Summers, and Lt. John Coffman, by their attorney Lisa Madigan, the Illinois Attorney General, and Plaintiffs Kim and David Rhein, by their counsel Richard Dvorak, jointly move this Honorable Court for an extension of time to complete fact discovery to and including July 15, 2014. In support, the parties state as follows:

1. Fact discovery is set to close in this case on June 2, 2014.

2. The parties have diligently completed all written discovery and have set deposition dates of nearly all witnesses and parties. The parties expect that these depositions will take place before the current close of fact discovery.

3.      However, due to the schedules of Plaintiffs' counsel and Defendant ISP Agent Freddie Summers' schedule, Plaintiff's counsel will not be able to take Agent Summers' deposition until June 2014.  Dates for his deposition are still being negotiated.

4.      Defendants have identified a witness, Larry R. Boggs, that they need to depose. Defendants are attempting to locate his current address so that a deposition subpoena may be served on him. While Defendants anticipate that they may be able to locate, serve, and take Mr. Boggs's deposition by the current close of fact discovery, it is not a guarantee, for Mr. Boggs is not under the control of either party.

5.      Plaintiffs have disclosed Joseph Barbaro as a witness on their 26(a)(1) disclosures. Defendants' counsel contacted Mr. Barbaro to discuss availabilities for a deposition.  Mr. Barbaro advised that he has been diagnosed with blood cancer and that, due to his treatment schedule, he will not be available for a deposition until mid-June.  Given Mr. Barbaro's condition and his treatment, Defendants hope that a deposition can be completed by July 15.

6.      This is the parties' first request for an extension of time to extend the discovery schedule.  This motion is not made in bad faith.  Rather, an extension is necessary to complete the depositions identified above.  The parties do not anticipate that any further extensions of discovery will be necessary.

7.      Accordingly, the parties jointly request that the discovery schedule in this case be extended 30-days, to and including July 15, 2014.

**Wherefore,** the Plaintiffs and Defendants jointly request that the discovery schedule be extended to and including July 15, 2014.

LISA MADIGAN  Respectfully submitted,
Attorney General of Illinois

/s/ *Sunil Bhave*
Sunil Bhave
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-4450


/s/ *Richard Dvorak*
Counsel for Plaintiffs
Law Offices of Richard Dvorak
18W140 W. Butterfield Rd., 15th Fl.
Oak Brook Terrace, IL 60181


**CERTIFICATE OF SERVICE**

I, Sunil Bhave, hereby certify that I have caused true and correct copies of the above and foregoing Joint Motion to Extend Discovery to be sent via e-filing to all counsel of record on May 5, 2014, in accordance with the rules on electronic filing of documents.

/s/ *Sunil Bhave*
Sunil Bhave
Assistant Attorney General