# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Kim Rhein, et al.

                    Plaintiff,

v.                                              Case No.: 1:13–cv–00843
                                                          Honorable Gary Feinerman

Agent Pryor, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2014:

      MINUTE entry before the Honorable Gary Feinerman:Motion for extension of time to complete discovery [45] is granted. The discovery deadline is extended to 7/15/2014. The dispositive motion deadline is extended to 8/12/2014. Motion hearing scheduled for 5/12/2014 [46] is stricken. Status hearing set for 6/5/2014 [41] is stricken and re−set for 7/8/2014 at 9:00 a.m.Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.