IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIM RHEIN and DAVID RHEIN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 13 C 843 |
| v. ) | |
| ) | JUDGE FEINERMAN |
| AGENT PRYOR, Star Number 4816, an ) | |
| Illinois State Police Officer, in his ) | MAGISTRATE JUDGE KIM |
| individual capacity; AGENT SUMMERS, ) | |
| Star Number 5706, an Illinois State Police ) | |
| Officer, in his individual capacity; ) | |
| LIEUTENANT JOHN COFFMAN, an ) | |
| Illinois State Police Officer, in his ) | |
| individual capacity; HIRAM GRAU, ) | |
| Illinois State Police Director, in his official ) | |
| capacity; and LISA MADIGAN, Illinois ) | |
| Attorney General, in her official capacity, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF UNOPPOSED MOTION

TO:   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that I have filed Defendants' Unopposed Motion for Leave to Take Depositions of Drs. Alan Childs and Michelle Howell and Examine Pertinent Records this day with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. A copy of said document is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Feinerman or before such other Judge sitting in his stead, on the 30th day of June, 2014 at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED** at Chicago, Illinois this 13th day of June, 2013.

1

| | |
|---|---|
| LISA MADIGAN<br>Attorney General of Illinois | Respectfully submitted, |

_____/s/ *Sunil Bhave* _____
Sunil Bhave
Assistant Attorney General
100 W. Randolph St., 13th Fl.
Chicago, IL 60601
(312) 814-4450

## CERTIFICATE OF SERVICE

I, Sunil Bhave, hereby certify that I have caused true and correct copies of the above and foregoing Notice of Unopposed Motion to be sent via e-filingto all counsel of record, and to the counsel identified below via email, on June 13, 2014, in accordance with the rules on electronic filing of documents.

Jim Shaffer
20 N. Clark St., Suite 1100
Chicago, IL   60602
jashaffer@ameritech.net

_____/s/ *Sunil Bhave*_____
SUNIL BHAVE
Assistant Attorney General