IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| KIM RHEIN and DAVID RHEIN, | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| | ) | No. 13 C 843 |
| v. | ) | |
| | ) | JUDGE FEINERMAN |
| AGENT STEVEN PRYOR, Star Number 4816, an Illinois State Police Officer, in his individual capacity; AGENT FREDDIE SUMMERS, Star Number 5706, an Illinois State Police Officer, in his individual capacity; LIEUTENANT JOHN COFFMAN, an Illinois State Police Officer, in his individual capacity; HIRAM GRAU, Illinois State Police Director, in his official capacity; and LISA MADIGAN, Illinois Attorney General, in her official capacity, | ) | MAGISTRATE JUDGE KIM |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

Defendants Sergeant Steven Pryor, Special Agent Freddie Summers, and Lt. John Coffman, by their attorney Lisa Madigan, the Illinois Attorney General, move this Honorable Court for leave to file a report of Drs. Alan Childs and Michelle Howell under seal. In support, Defendants state as follows:

1. Defendants have filed an unopposed motion for leave to take the depositions of Drs. Alan Childs and Michelle Howell, two licensed therapists who evaluated Plaintiff David Rhein, as well as leave to examine records pertinent to the depositions, pursuant to section 10 of the Illinois Mental Health and Developmental Disabilities Confidentiality Act. 740 ILCS 110/10 (2012).

2. Defendants' need to examine the two licensed therapists orally is based, in part, on the mental health report prepared by the therapists.

3. The mental health report includes confidential, protected information. 740 ILCS 110/10 (2012). Section 10(a) of the Illinois Mental Health and Developmental Disabilities Confidentiality Act state that Defendants may not depose the therapists without a court order, as Defendants discussed in their unopposed motion for leave to depose the therapists. (Doc. 48).

4. To determine whether cause exists under Section 10 for the depositions, this Court is required to consider the report *in camera*. 740 ILCS 110/10(a) (2012).

5. Accordingly, Defendants request that this Court grant them leave to file the mental health report under seal for the Court's consideration.

6. Defendants have submitted the report under seal (Doc. 51) so that the Court can examine it to determine whether leave to depose the therapists should be granted.

**Wherefore,** Defendants respectfully request that this Court grant them leave to file the report of Drs. Alan Childs and Michelle Howell (Doc. 51) under seal.

LISA MADIGAN
Attorney General of Illinois

Respectfully submitted,

/s/ *Sunil Bhave*
Sunil Bhave
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-4450

## CERTIFICATE OF SERVICE

I, Sunil Bhave, hereby certify that I have caused true and correct copies of the above and foregoing Unopposed Motion to be sent via e-filing to all counsel of record, and to the counsel identified below via email, on June 13, 2014, in accordance with the rules on electronic filing of documents.

Jim Shaffer
20 N. Clark St., Suite 1100
Chicago, IL 60602
jashaffer@ameritech.net

/s/ *Sunil Bhave*
Sunil Bhave
Assistant Attorney General