# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Kim Rhein, et al.

                Plaintiff,

v.

Agent Pryor, et al.

                Defendant.

Case No.: 1:13–cv–00843
Honorable Gary Feinerman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 16, 2014:

      MINUTE entry before the Honorable Gary Feinerman:Unopposed motion for leave to take deposition of Dr. Alan Childs and Dr. Michelle Howell [48] is granted. Enter agreed order. Unopposed motion for leave to file document under seal [51] is granted. Motion hearings scheduled for 6/30/2014 [49] and [52] are stricken. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.