IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIM RHEIN and DAVID RHEIN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 13 C 843 |
| v. ) | |
| ) | JUDGE FEINERMAN |
| AGENT STEVEN PRYOR, Star Number ) | |
| 4816, an Illinois State Police Officer, in his ) | MAGISTRATE JUDGE KIM |
| individual capacity; AGENT FREDDIE ) | |
| SUMMERS, Star Number 5706, an Illinois ) | |
| State Police Officer, in his individual ) | |
| capacity; LIEUTENANT JOHN ) | |
| COFFMAN, an Illinois State Police ) | |
| Officer, in his individual capacity; HIRAM ) | |
| GRAU, Illinois State Police Director, in ) | |
| his official capacity; and LISA ) | |
| MADIGAN, Illinois Attorney General, in ) | |
| her official capacity, ) | |
| ) | |
| Defendants. ) | |

**AGREED ORDER**

This matter comes before the Court on Defendants' Unopposed Motion for leave to take depositions of two licensed therapists and examine pertinent records. (Doc. 48). The parties anticipate that the deposition of Drs. Alan Childs and Michelle Howell (two licensed therapists) will need to be taken in this case. Counsel for Drs. Childs and Howell has received notice of Defendants' motion for leave to take their depositions and examine pertinent records.

The Court hereby grants Defendants' motion and makes the following findings:

1. This is a civil proceeding in which Plaintiff David Rhein's mental condition is an element of a claim or defense;

2. This Court finds that, after *in camera* examination of the relevant evidence submitted under seal (Doc. 51), that testimony of Drs. Alan Childs and Michelle Howell (along with examination of pertinent records) is relevant, probative, and not unduly prejudicial or inflammatory, and is otherwise clearly admissible;

3. This Court finds that other satisfactory evidence is demonstrably unsatisfactory as evidence of the facts sought to be established by such evidence;

4. This Court finds that disclosure is more important to the interests of substantial justice than protection from injury to the therapist-recipient relationship or to the recipient or other whom disclosure is likely to harm; and

5. Based upon the allegations set forth in the Amended Complaint, there is a compelling need for the Defendants to be able to examine these therapists about the extent and nature of any treatment and the basis and background for their diagnosis.

Accordingly, this Court hereby grants Defendants leave to take the depositions of Drs. Alan Childs and Michelle Howell, and to examine any pertinent records in their possession responsive to their examination of Plaintiff David Rhein.

So Ordered.

Dated: 6/16/2014

_____
Judge Gary Feinerman, U.S. District Judge

Prepared By:

\_\_\_/s/*Sunil Bhave*_____
Sunil Bhave
Assistant Attorney General
General Law Bureau
100 W. Randolph, 13th Floor
Chicago, Illinois 60601
(312) 814-4450