IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| KIM RHEIN | ) | |
| DAVID RHEIN | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 13 C 843 |
| | ) | |
| AGENT PRYOR, et. al. | ) | Hon. Judge Gary Feinerman |
| | ) | |
| Defendants. | ) | Hon. Mag. Judge Young B. Kim |

## NOTICE OF MOTION

All counsel of Record (via electronic filing)

**PLEASE TAKE NOTICE** that this 30th Day of June, 2014 I filed with the Clerk of the above-captioned Court, the Plaintiff's Motion to Quash Subpoenas.

**PLEASE TAKE FURTHER NOTICE** that on July 8, 2014, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Feinerman, or before other such judge sitting in his stead, in Courtroom 2125 of the Dirksen Federal Building, Chicago, Illinois, and then and there present the attached motion.

## CERTIFICATE OF SERVICE

I, Richard Dvorak, the undersigned, do hereby swear and affirm that I served the aforementioned Notice and Motion to the above-listed parties, via electronic filing, on June 30, 2014.

                                                                                            Respectfully Submitted,

                                                                                            /s/ Richard Dvorak

                                                                                            _____

                                                                                            Richard Dvorak,
                                                                                            Attorney for the Plaintiffs

Richard Dvorak
LAW OFFICE OF RICHARD DVORAK
18W140 Butterfield Road, 15th Floor
Oakbrook Terrace, IL 60181
(312) 593-7146 (phone)