**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Kim Rhein, et al.
                          Plaintiff,

v.                                             Case No.: 1:13–cv–00843
                                            Honorable Gary Feinerman

Agent Pryor, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2014:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held. Motion hearing held. Plaintiff's motion to quash subpoena [56] is entered and continued to 7/16/2014 at 9:00 a.m. Dispositive motions shall be filed by 8/12/2014; responses due by 9/9/2014; replies due by 9/23/2014.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.