IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **KIM RHEIN** and **DAVID RHEIN**, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 13 CV 00843 |
| vs. ) | |
| ) | |
| **AGENT STEVEN PRYOR**, Star Number ) | Honorable Judge Feinerman |
| 4816, an Illinois State Police Officer, in his ) | |
| individual capacity; **AGENT FREDDIE** ) | Magistrate Judge Kim |
| **SUMMERS**, Star Number 5706, an Illinois ) | |
| State Police Officer, in his individual ) | |
| capacity; **LIEUTENANT JOHN** ) | |
| **COFFMAN,** an Illinois State Police ) | |
| Officer, in his individual capacity, ) | |
| ) | |
| Defendants. ) | |

**AGREED MOTION TO VOLUNTARILY DISMISS DEFENDANTS PRYOR AND SUMMERS, ALL CLAIMS ASSERTED BY PLAINTIFF KIM RHEIN, AND PLAINTIFFS' FIRST, SECOND, AND FOURTH AMENDMENT CLAIMS**

Plaintiffs Kim and David Rhein and Defendants Agent Steven Pryor, Agent Freddie Summers, and Lieutenant John Coffman, through their respective counsel of record, submit this agreed motion to voluntarily dismiss Defendants Agent Steven Pryor and Agent Freddie Summers from this lawsuit with prejudice and without costs, to dismiss all claims asserted by Plaintiff Kim Rhein in this lawsuit with prejudice and without costs, and to dismiss Plaintiffs' First, Second, and Fourth Amendment claims, with prejudice and without costs. The only remaining claims are Plaintiff David Rhein's due process claims against Defendant Coffman, *i.e.*, the alleged lack of due process in the revocation and return of David Rhein's FOID card by Defendant Coffman.

WHEREFORE, Plaintiffs and Defendants agree that an order dismissing the above stated defendants and claims with prejudice and without costs is appropriate and respectfully request

that the Court enter such Order.

                                                                             Respectfully submitted,

                                                                             /s/ Iveliz Maria Orellano
                                                                             Iveliz Maria Orellano
                                                                            One of Plaintiff's Attorneys.

Iveliz Maria Orellano
DVORAK LAW OFFICES, LLC
140 S. Dearborn, Suite 404
Chicago, Illinois 60603
(773) 218-6854
iveliz.m.orellano@gmail.com

# CERTIFICATE OF SERVICE

I, Iveliz Maria Orellano, do hereby certify under penalty of perjury that on August 8, 2014, I caused a true and correct copy of the foregoing Agreed Motion to Voluntarily Dismiss Defendants Pryor and Summers, All Claims Asserted by Plaintiff Kim Rhein, and Plaintiffs' First, Second, and Fourth Amendment Claims to be electronically filed via the court's CM/ECF System which sent notification of filing to the following counsel of record in this matter:

Sunil Shashikant Bhave
sbhave@atg.state.il.us

Thor Yukinobu Inouye
tinouye@atg.state.il.us

Dated: August 8, 2014                    Respectfully submitted,

                                                   /s/Iveliz Maria Orellano
                                                   Iveliz Maria Orellano
                                                   One of Plaintiff's Attorneys.


Iveliz Maria Orellano
DVORAK LAW OFFICES, LLC
140 S. Dearborn, Suite 404
Chicago, Illinois 60603
(773) 218-6854
iveliz.m.orellano@gmail.com