IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **KIM RHEIN** and **DAVID RHEIN**, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 13 CV 00843 |
| vs. ) | |
| ) | |
| **AGENT STEVEN PRYOR**, Star Number ) | Honorable Judge Feinerman |
| 4816, an Illinois State Police Officer, in his ) | |
| individual capacity; **AGENT FREDDIE** ) | Magistrate Judge Kim |
| **SUMMERS**, Star Number 5706, an Illinois ) | |
| State Police Officer, in his individual ) | |
| capacity; **LIEUTENANT JOHN** ) | |
| **COFFMAN,** an Illinois State Police ) | |
| Officer, in his individual capacity, ) | |
| ) | |
| Defendants. ) | |

All counsel of Record (via electronic filing)

**PLEASE TAKE NOTICE** that this 8th Day of August, 2014, I filed with the Clerk of the above-captioned Court, the Agreed Motion to Voluntarily Dismiss Defendants Pryor and Summers, All Claims Asserted by Plaintiff Kim Rhein, and Plaintiffs' First, Second, and Fourth Amendment Claims, copies of which are attached hereto and served upon you.

**PLEASE TAKE FURTHER NOTICE** that on August 14, 2014, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Feinerman, or before any other such judge sitting in his stead, in Courtroom 2125 of the Dirksen Federal Building, Chicago, Illinois, and then and there present the attached motion.

## CERTIFICATE OF SERVICE

I, Iveliz Maria Orellano, the undersigned, do hereby swear and affirm that I served the aforementioned Notice and Motion to the above-listed parties, via electronic filing, on August 8, 2014.

Respectfully Submitted,

/s/ Iveliz Maria Orellano
Iveliz Maria Orellano,
One of Plaintiff's Attorneys.

Iveliz Maria Orellano
DVORAK LAW OFFICES, LLC

140 S. Dearborn, Suite 404
Chicago, IL 60603
(773) 218-6854