IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIM RHEIN and DAVID RHEIN, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) No. 13 C 843 |
| v. | ) |
| | ) JUDGE FEINERMAN |
| AGENT PRYOR, Star Number 4816, an Illinois State Police Officer, in his individual capacity; AGENT SUMMERS, Star Number 5706, an Illinois State Police Officer, in his individual capacity; LIEUTENANT JOHN COFFMAN, an Illinois State Police Officer, in his individual capacity; HIRAM GRAU, Illinois State Police Director, in his official capacity; and LISA MADIGAN, Illinois Attorney General, in her official capacity, | ) MAGISTRATE JUDGE KIM ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME FILE THEIR CROSS-MOTION FOR SUMMARY JUDGMENT

Defendants Hiram Grau, Agent Summers, Lt. Coffman, and Sergeant Pryor (collectively "Defendants"), by their counsel Lisa Madigan, the Illinois Attorney General, respectfully request that this Court extend the time within which they are required to file their motion for summary judgment, L.R. 56.1 statement of undisputed facts, and memorandum in support of motion for summary judgment to and including September 12, 2014. In support, Defendants state as follows:

1.  This Court has set a briefing schedule on cross motion or summary judgment. Each sides' opening motion is due August 12, 2014. Counsel for Defendants, Assistant Attorneys

1

General ("AAG") Sunil Bhave and Thor Inouye, will be unable to file Defendants' motion on time for the following reasons:

    a.    Both counsel for Defendants filed a motion for summary judgment in <u>Midwest Fence Corp. v. U.S.D.O.T, et al.</u>, No. 10-5627 (N.D. Ill.) (Leinenweber, J.), on August 4, 2014. This case involves constitutional challenges to the Illinois Department of Transportation's implementation of a Disadvantaged Business Enterprise program. Given the extensive discovery, Defendants filed a 37-page brief and close to 100 statement of undisputed facts, which necessitated signification attention away from preparing a motion for summary judgment in this case.

    b.    AAG Sunil Bhave filed a response to Plaintiff's motion for preliminary injunction on August 7, 2014, in <u>Bolton v. Illinois Concealed Carry Licensing Review Board</u>, No. 14 C 3580 (N.D. Ill.) (Chang, J.). This case presents novel questions related to application of a newly enacted statute, the Illinois Firearm Concealed Carry Act, 430 ILCS 66/1, et seq., to individual's Second Amendment rights.

    c.    AAG Sunil Bhave, along with his co-counsel, filed a Reply brief in support of motion to dismiss, in <u>Steidl v. Madigan</u>, 14 CH 6113 (Cir. Ct. Cook County) (Novak, J.), on August 8, 2014.

    d.    AAG Sunil Bhave will likely be out of the office the week of September 1-5, 2014.

    e.    AAG Thor Inouye is teaching two continuing legal education courses on August 11 in Springfield, one for the very first time on the issue of affirmative defenses.

    f.    AAG Thor Inouye will be out of state on vacation the week of August 25 through August 29.

2.    Additionally, counsel for Plaintiff in this case has indicated that he intends to dismiss a number of claims against Defendants. Specifically, Plaintiff's counsel has advised that the only

remaining claim is an as-applied due process claim under Defendant Lt. Coffman. Thus, extending the summary judgment briefing schedule in light of Plaintiff's counsel's representation would be warranted so the parties do not spend time briefing claims that may be voluntarily dismissed.

3. On August 7, 2014, counsel for Defendants contacted Plaintiff's counsel regarding this motion, and Plaintiff's counsel stated that he had no objection.

4. This is Defendants' first request for an extension of time to file their Motion for Summayr Judgment, Memorandum in Support, and L.R. 56.1 Statement of Facts. Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice Plaintiffs. This request is not made for dilatory purposes but, rather, to allow Defendants' counsel time sufficient to meet their professional obligations.

**Wherefore**, Defendants respectfully request that this Court extend the time within which to file their motion for summary judgment, memorandum in support, and L.R. 56.1 statement of facts to and including September 12, 2014.


LISA MADIGAN
Attorney General of Illinois

Respectfully submitted,

_____/s/ *Sunil Bhave* _____
Sunil Bhave
Thor Inouye
Assistant Attorneys General
100 W. Randolph St., 13th Fl.
Chicago, IL 60601
(312) 814-4450

## CERTIFICATE OF SERVICE

  I, Sunil Bhave, hereby certify that I have caused true and correct copies of the above and foregoing Unopposed Motion for Extension of Time to file Motion for Summary Judgment to be sent via e-filing to all counsel of record on August 8, 2014, in accordance with the rules on electronic filing of documents.

                _____/s/ *Sunil Bhave*_____
                SUNIL BHAVE
                Assistant Attorney General