# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Kim Rhein, et al.

                              Plaintiff,

v.                                                           Case No.: 1:13–cv–00843
                                                            Honorable Gary Feinerman

Agent Pryor, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 11, 2014:

      MINUTE entry before the Honorable Gary Feinerman:Agreed motion to voluntarily dismiss Defendants Pryor and Summers, all Claims asserted by Plaintiff Kim Rhein, and Plaintiff's First, Second and Fourth Amendment Claims [60] is granted. The claims against Defendants Pryor and Summers are dismissed with prejudice and without costs. The claims of Plaintiff Kim Rhein are dismissed with prejudice and without costs. The Clerk is directed to terminate Agent Pryor and Agent Summers as party defendants and to terminate Kim Rhein as a party plaintiff. Plaintiff David Rhein's First, Second, and Fourth Amendment claims are dismissed with prejudice and without costs. The only remaining claims are Plaintiff David Rheins due process claims against Defendant Coffman. Defendants' unopposed motion for extension of time to file cross–motion for summary judgment [62] is granted. The dispositive motion deadline is extended to 9/12/2014; responses due by 10/10/2014; replies due by 10/24/2014. Status hearing set for 11/18/2014 [59] is stricken and re–set for 12/10/2014 at 9:00 a.m. Motion hearings scheduled for 8/14/2014 [61] and [63] are stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.