**IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID RHEIN,** | ) | |
| | ) | No. 13 C 843 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Hon. Judge Gary Feinerman |
| | ) | |
| **LIEUTENANT JOHN COFFMAN,** | ) | Hon. Mag. Judge Young B. Kim |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

The Plaintiff, David Rhein, through his attorneys, DVORAK LAW OFFICES, LLC and pursuant to Federal Rule of Civil Procedure 56, hereby moves this Court for entry of summary judgment in his favor and against Defendant Lieutenant John Coffman ("Defendant Coffman") as follows:

1) This action was commenced by the filing of a complaint alleging a cause of action under the Civil Rights Act of 1871 (42 U.S.C. §§1983, 1988) to redress Plaintiff's deprivations of the civil rights through acts and/or omissions of Defendant Coffman committed under color of law.

2) Plaintiff's First Amended Complaint sets forth Plaintiff's Due Process Clause claims against Defendant Coffman. Dkt. 29.

3) Plaintiff agreed to voluntarily dismiss Lisa Madigan, Agent Pryor, and Agent Summers as party defendants. Dkt. 17, 64.

4) Hiram Grau was terminated as a party defendant. Dkt. 42.

5) Plaintiff agreed to voluntarily dismiss all of Kim Rhein's claims. Dkt. 64.

6) For the purposes of this motion only, Plaintiff set forth certain facts and evidence as if they are undisputed, even though Plaintiff does not concede these facts and intends to dispute these facts at trial.[1]

7) Plaintiff moves for summary judgment against Defendant Coffman on his Due Process Clause claims as follows:

   a) Plaintiff moves for summary judgment against Defendant Coffman on the due process claim, arguing that Defendant Coffman denied Plaintiff any type of pre-deprivation process when he revoked Plaintiff's FOID Card and therefore violated Plaintiff's right to procedural due process, in violation of the Fifth and Fourteenth Amendments to the United States Constitution.

   b) Plaintiff also moves for summary judgment against Defendant Coffman on the due process claim, arguing that Defendant Coffman denied Plaintiff any type of post-deprivation process when he refused to provide Plaintiff a hearing for reinstatement of his FOID card privileges and therefore violated Plaintiff's right to due process, in violation of the Fifth and Fourteenth Amendments to the United States Constitution.

8) The facts and law supporting Plaintiff's motion appear more fully in Plaintiff's Statement of Undisputed Facts and his Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment, filed simultaneously herewith and which are incorporated herein.

---

[1] At trial, the focus is on the evidence actually admitted and not on the earlier summary judgment record. *See Chemetall GMBH v. ZR Energy, Inc.*, 320 F.3d 714, 718-19 (7th Cir. 2003). The record compiled in a trial is bound to differ from the record on which a motion for summary judgment is based. *See HK Systems, Inc. v. Eaton Corp.*, 553 F.3d 1086, 1088 (7th Cir. 2009).

WHEREFORE, the Plaintiff respectfully requests this Court to enter summary judgment for Plaintiff and against Defendant Coffman on his Due Process claims, and to grant such other and further relief as this Court deems just and proper.

                                              Respectfully submitted,

                                              /s/ Richard Dvorak,
                                              One of Plaintiff's Attorneys.

Richard Dvorak
Iveliz Maria Orellano
DVORAK LAW OFFICES, LLC
18W140 Butterfield Road, 15th Floor
Oakbrook Terrace, IL 60181
(312) 593-7146
richard.dvorak@civilrightsdefenders.com

## CERTIFICATE OF SERVICE

I, Richard Dvorak, an attorney, certify that on September 12, 2014, a copy of Plaintiff's Motion for Summary Judgment was served upon the attorneys for Defendant named below through the Court's electronic filing system:

| | |
|---|---|
| Sunil Shashikant Bhave | Thor Yukinobu Inouye |
| Assistant Attorney General | Assistant Attorney General |
| 100 West Randolph Street, 13th Floor | 100 West Randolph Street, 13th Floor |
| Chicago, IL 60601 | Chicago, IL 60601 |
| sbhave@atg.state.il.us | tinouye@atg.state.il.us |

                                              /s/ Iveliz Maria Orellano
                                              One of Plaintiff's Attorneys.