# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number:

**Rhein v. Pryor, et al.**                                   **13 C 843**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Defendant John Coffman

NAME (Type or print) **Thor Y. Inouye**

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
     s/ Thor Y. Inouye

FIRM **Illinois Attorney General**

STREET ADDRESS **100 West Randolph, 13th Floor**

CITY/STATE/ZIP **Chicago, IL 60601**

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **6308358** | TELEPHONE NUMBER **312.814.2035** |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

 RETAINED COUNSEL                        APPOINTED COUNSEL