**IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID RHEIN** | ) | |
| | ) | No. 13 C 843 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Hon. Judge Gary Feinerman |
| | ) | |
| **LIEUTENANT JOHN COFFMAN** | ) | Hon. Mag. Judge Young B. Kim |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Plaintiff, David Rhein, by and through his attorneys, states the following in support of his Motion for an Extension of Time to Respond to Defendant's Motion for Summary Judgment:

1. On September 12, 2014, the parties filed cross-motions for summary judgment. (Dkt. 65-70).

2. The parties were given until October 10, 2014 to respond to said motions.

3. The Plaintiff's lead counsel has to leave town this week to attend to a federal criminal case in Colorado, and due to scheduling conflicts will not have time to review and finalize the response until after October 10, 2014.

4. The Plaintiff requests that <u>both</u> parties have until October 13, 2014 to respond to said motions.

5. Counsel for Defendant has no objection to this extension.

6. This is the first time the Plaintiff is requesting an extension of time for the filing of dispositive motions.

7. The Plaintiff believes a three-day extension will not delay these proceedings.

8. This motion is brought in good faith and is not intended to delay these proceedings or prejudice any of the parties or this Court.

Wherefore, the Plaintiff prays this Honorable Court grant Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendant's Motion for Summary Judgment.

Respectfully submitted,

s/ Iveliz Maria Orellano
An Attorney for the Plaintiff.

Iveliz Maria Orellano
Dvorak Law Offices, LLC
140 S. Dearborn, Suite 404
Chicago, IL 60603

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on October 8, 2014, she served the foregoing document, Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendant's Motion for Summary Judgment, upon the following individuals via the Court's electronic filing and notification system:

Sunil Shashikant Bhave
Assistant Attorney General
100 W. Randolph Street, 13th Floor
Chicago, IL 60601
sbhave@atg.state.il.us

Thor Yukinobu Inouye
Assistant Attorney General
100 W. Randolph Street, 13th Floor
Chicago, IL 60601
tinouye@atg.state.il.us

Respectfully submitted,

s/ Iveliz Maria Orellano
An Attorney for the Plaintiff.