**IN THE UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID RHEIN** | ) | |
| | ) | No. 13 C 843 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Hon. Judge Gary Feinerman |
| | ) | |
| **LIEUTENANT JOHN COFFMAN** | ) | Hon. Mag. Judge Young B. Kim |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To: All counsel of record (via electronic filing)

Please take notice that on October 8, 2014, I filed with the Clerk of the above captioned Court, Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendant's Motion for Summary Judgment, a copy of which is attached hereto and hereby served upon you.

Please take further notice that on October 14, 2014 at 9:00am or as soon thereafter as Counsel may be heard, I will appear before the Honorable Judge Feinerman, or before any such judge sitting in his stead, in courtroom 2125 of the Dirksen Federal Building, Chicago, Illinois, and then and there present the attached motion.

Respectfully submitted,

s/ Iveliz Maria Orellano
An Attorney for the Plaintiff.

Iveliz Maria Orellano
Dvorak Law Offices, LLC
140 S. Dearborn, Suite 404
Chicago, IL 60603

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that on October 8, 2014, she served the foregoing document, Plaintiff's Motion a copy of Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendant's Motion for Summary Judgment, upon the following individuals via the Court's electronic filing and notification system:

Sunil Shashikant Bhave
Assistant Attorney General
100 W. Randolph Street, 13th Floor
Chicago, IL 60601
sbhave@atg.state.il.us

Thor Yukinobu Inouye
Assistant Attorney General
100 W. Randolph Street, 13th Floor
Chicago, IL 60601
tinouye@atg.state.il.us

Respectfully submitted,

s/ Iveliz Maria Orellano
An Attorney for the Plaintiff.

Iveliz Maria Orellano
Dvorak Law Offices, LLC
140 S. Dearborn, Suite 404
Chicago, IL 60603