David Rhein, et al.
                              Plaintiff,

v.                                          Case No.: 1:13−cv−00843
                                            Honorable Gary Feinerman

John Coffman, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 10, 2014:

    MINUTE entry before the Honorable Gary Feinerman:Plaintiff's unopposed motion for extension of time to respond to defendant's motion for summary judgment [72] is granted. The time for the parties to respond to each other's summary judgment motions [65] [69] is extended to 10/13/2014. Motion hearing scheduled for 10/14/2014 [73] is stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.