# IN THE UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **DAVID RHEIN**, | ) | |
| | ) | No. 13 C 843 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Hon. Judge Gary Feinerman |
| | ) | |
| **LIEUTENANT JOHN COFFMAN**, | ) | Hon. Mag. Judge Young B. Kim |
| | ) | |
| Defendant. | ) | |

To: All counsel of record (via electronic filing)

Please take notice that on October 14, 2014, I filed with the Clerk of the above captioned Court, Plaintiff's Motion Seeking Leave to File Additional Facts or for Alternative Relief, and Plaintiff's Motion to Strike Defendant's Purported Motions to Strike, a copy of which is attached hereto and hereby served upon you.

Please take further notice that on October 21, 2014 at 9:00am or as soon thereafter as Counsel may be heard, I will appear before the Honorable Judge Feinerman, or before any such judge sitting in his stead, in courtroom 2125 of the Dirksen Federal Building, Chicago, Illinois, and then and there present the attached motion.

Respectfully submitted,

    s/Iveliz Maria Orellano
    One of the Plaintiff's Attorneys.

Iveliz Maria Orellano
DVORAK LAW OFFICES, LLC
140 S. Dearborn, Suite 404
Chicago, IL 60603

(773) 218 – 6854
iveliz.m.orellano@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Plaintiff's Motion Seeking Leave to File Additional Facts or for Alternative Relief, and Plaintiff's Motion to Strike Defendant's Purported Motions to Strike was filed on October 14, 2014, and was served on all counsel of record via the Court's CM/ECF system.

s/Iveliz Maria Orellano<br>One of Plaintiff's Attorneys.