David Rhein, et al.

              Plaintiff,

v.

John Coffman, et al.

              Defendant.

Case No.: 1:13–cv–00843
Honorable Gary Feinerman


# NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, October 15, 2014:


      MINUTE entry before the Honorable Gary Feinerman:Plaintiff's motion seeking leave to file additional facts or for alternative relief, and plaintiff's motion to strike defendant's purported motions to strike [79] is granted. Plaintiff is given retroactive leave to file an additional 21 statements of fact to his LR 56.1(a)(3) statement. Defendant has already responded to the additional statements of fact, and in any event Plaintiff likely could have formatted the substance of his LR 56.1(a)(3) statement into 80 or fewer paragraphs. Motion hearing scheduled for 10/21/2014 [80] is stricken.Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.