# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

David Rhein, et al.
                    Plaintiff,

v.                                    Case No.: 1:13−cv−00843
                                      Honorable Gary Feinerman

John Coffman, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 16, 2015:

    MINUTE entry before the Honorable Gary Feinerman: Status hearing set for 12/21/2014 [85] is stricken and re−set for 2/25/2015 at 9:00 a.m. Mailed notice(lcw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.