

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." For assistance, please call the CM/ECF Help Desk at 312-582-8727.

NAME:    Richard Dvorak

FIRM:    Dvorak Law Offices, LLC

STREET ADDRESS:    6262 Kingery Highway, Suite 305

CITY/STATE/ZIP:    Willowbrook, Illinois 60527

PHONE NUMBER:    (312) 593 - 7146

E-MAIL ADDRESS:    richard.dvorak@civilrightsdefenders.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):    6313658

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 12 cv 03849 | Haskett v. Village of Frankfort et al | Hon. John Robert Blakey |
| 13 cv 00843 | Rhein et al v. Pryor et al | Hon. Gary Feinerman |
| 13 cv 07772 | Barron v. City of Chicago et al | Hon. Sharon Johnson Coleman |
| 13 cv 07773 | Ramos v. City of Chicago et al | Hon. Manish S. Shah |
| 14 cr 00562 | USA v. Dominguez et al | Hon. Amy J. St. Eve |
| 14 cv 01605 | Brown v. City of Chicago et al | Hon. Manish S. Shah |

/s/ Richard Dvorak

Attorney's Signature

1/20/15

Date



## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." For assistance, please call the CM/ECF Help Desk at 312-582-8727.

NAME:   Richard Dvorak

FIRM:   Dvorak Law Offices, LLC

STREET ADDRESS:   6262 Kingery Highway, Suite 305

CITY/STATE/ZIP:   Willowbrook, Illinois 60527

PHONE NUMBER:   (312) 593 - 7146

E-MAIL ADDRESS:   richard.dvorak@civilrightsdefenders.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):   6313658

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 14 cv 04053 | Ali v. Village of Tinley Park | Hon. Milton I. Shadur |
| 14 cv 04214 | Pena et al v. Village of Maywood et al | Hon. Jeffrey Cole |
| 14 cv 06093 | Goudy v. Village of Olympia Fields et al | Hon. Amy J. St. Eve |
| 14 cv 07414 | Lemarr-Mundt v. Presence Saint Joseph Hospital - Elgin | Hon. Virginia M. Kendall |
| 14 cv 07442 | Willis v. Williams | Hon. James B. Zagel |
| 14 cv 07448 | Leonardo v. Pfister | Hon. James B. Zagel |

/s/ Richard Dvorak
_____
Attorney's Signature

1/20/2015
_____
Date



## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604
### www.ilnd.uscourts.gov

### NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." For assistance, please call the CM/ECF Help Desk at 312-582-8727.

NAME:   Richard Dvorak

FIRM:   Dvorak Law Offices, LLC

STREET ADDRESS:   6262 Kingery Highway, Suite 305

CITY/STATE/ZIP:   Willowbrook, Illinois 60527

PHONE NUMBER:   (312) 593 - 7146

E-MAIL ADDRESS:   richard.dvorak@civilrightsdefenders.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):   6313658

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 14 cv 08205 | Santiago v. City of Chicago et al | Hon. Ruben Castillo |
| 14 cv 08363 | Durden v. Village of Oak Park et al | Hon. James B. Zagel |
| 14 cv 08590 | Hendricks v. Cook County et al | Hon. Andrea R. Wood |
| 14 cv 10270 | Nikols v. City of Des Plaines, et al | Hon. Thomas M. Durkin |
| 15 cv 00314 | Mandeldove et al v. City of Chicago et al | Hon. James B. Zagel |
| 11 cr 00881 | USA v. Frias | Hon. Rebecca R. Pallmeyer |

/s/ Richard Dvorak
_____
Attorney's Signature

1/20/2015
_____
Date



## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604
### www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." For assistance, please call the CM/ECF Help Desk at 312-582-8727.

NAME:   Richard Dvorak

FIRM:   Dvorak Law Offices, LLC

STREET ADDRESS:   6262 Kingery Highway, Suite 305

CITY/STATE/ZIP:   Willowbrook, Illinois 60527

PHONE NUMBER:   (312) 593 - 7146

E-MAIL ADDRESS:   richard.dvorak@civilrightsdefenders.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):   6313658

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08 cv 06688 | Alexander et al v. Zinchuck et al | Hon. Milton I. Shadur |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/ Richard Dvorak

Attorney's Signature

1/20/2015

Date