**IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID RHEIN** | ) | |
| | ) | No. 13 C 843 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Hon. Judge Gary Feinerman |
| | ) | |
| **LIEUTENANT JOHN COFFMAN** | ) | Hon. Mag. Judge Young B. Kim |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO CITE ADDITIONAL AUTHORITY IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

The Plaintiff, David Rhein, by and through one of his attorneys, moves for leave to cite additional, previously unavailable authority in support of his motion for summary judgment. In support of his motion, the Plaintiff states as follows:

1. On September 12, 2014, the parties filed cross-motions for summary judgment. (Dkt. 67-70). The parties filed their responses on October 13, 2014, (Dkt. 75-78), and their replies on October 24, 2015. (Dkt. 83-84).

2. On May 11, 2015, the United States Court of Appeals for the Seventh Circuit issued an opinion that is relevant to the arguments made by the Plaintiff in his motion for summary judgment. (A copy of the Seventh Circuit's May 11, 2015 opinion in *Armstrong v. Daily, et al.*, Nos. 13-3424, 13-3482, 2015 WL 2182942 (7th Cir. May 11, 2015) is attached hereto as Exhibit A).

3. Because this particular Seventh Circuit opinion was issued after the briefing was completed on the Plaintiff's motion for summary judgment, the Plaintiff was not able to cite to this opinion in his motion.

Wherefore, the Plaintiff respectfully requests leave to cite additional, previously unavailable authority to support his motion for summary judgment.

/s/ Iveliz M. Orellano
Iveliz M. Orellano,
One of Plaintiff's Attorneys.

Richard Dvorak

Iveliz Maria Orellano
DVORAK LAW OFFICES, LLC
6262 Kingery Highway, Suite 305
Willowbrook, IL 60527
(312) 593-7146
richard.dvorak@civilrightsdefenders.com

## CERTIFICATE OF SERVICE

I, Iveliz M. Orellano, an attorney, certify that on May 13, 2015, a copy of the foregoing **Plaintiff's Motion for Leave to Cite Additional Authority in Support of his Motion for Summary Judgment** was served upon the attorneys for the Defendant named below through the Court's electronic filing system.

| | |
|---|---|
| Sunil Shashikant Bhave | Thor Yukinobu Inouye |
| Assistant Attorney General | Assistant Attorney General |
| 100 West Randolph Street, 13th Floor | 100 West Randolph Street, 13th Floor |
| Chicago, IL 60601 | Chicago, IL 60601 |
| sbhave@atg.state.il.us | tinouye@atg.state.il.us |

/s/ Iveliz M. Orellano