**IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID RHEIN** | ) | |
| | ) | No. 13 C 843 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Hon. Judge Gary Feinerman |
| | ) | |
| **LIEUTENANT JOHN COFFMAN** | ) | Hon. Mag. Judge Young B. Kim |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Wednesday, May 20, 2015** at **9:00am**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Gary Feinerman** in **Courtroom 2125** of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present **Plaintiff's Motion for Leave to Cite Additional Authority in Support of his Motion for Summary Judgment**, a copy of which is attached and is hereby served upon you.

Date: May 13, 2015             Respectfully submitted,

/s/Iveliz M. Orellano
Iveliz M. Orellano,
One of the Plaintiff's Attorneys.

**CERTIFICATE OF SERVICE**

I, Iveliz M. Orellano, an attorney, certify that on May 13, 2015, a copy of the foregoing **Notice of Motion** and **Plaintiff's Motion for Leave to Cite Additional Authority in Support of his Motion for Summary Judgment** was served upon the attorneys for the Defendant named below through the Court's electronic filing system.

| | |
|---|---|
| Sunil Shashikant Bhave | Thor Yukinobu Inouye |
| Assistant Attorney General | Assistant Attorney General |
| 100 West Randolph Street, 13th Floor | 100 West Randolph Street, 13th Floor |
| Chicago, IL 60601 | Chicago, IL 60601 |
| sbhave@atg.state.il.us | tinouye@atg.state.il.us |

/s/ Iveliz M. Orellano