# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

David Rhein, et al.
                      Plaintiff,

v.                                                 Case No.: 1:13−cv−00843
                                                   Honorable Gary Feinerman

John Coffman, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 18, 2015:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiff's motion for leave to cite additional authority in support of his motion for summary judgment [91] is denied without prejudice. Plaintiff may renew his motion if he very briefly explains which portion of the Armstrong opinion is relevant to which arguments he made in his summary judgment papers. Motion hearing set for 5/20/2015 [92] is stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.