**IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID RHEIN** | ) | |
| | ) | No. 13 C 843 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Hon. Judge Gary Feinerman |
| | ) | |
| **LIEUTENANT JOHN COFFMAN** | ) | Hon. Mag. Judge Young B. Kim |
| | ) | |
| Defendant. | ) | |

<u>PLAINTIFF'S RENEWED MOTION FOR LEAVE TO CITE ADDITIONAL AUTHORITY IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>

The Plaintiff, David Rhein, by and through one of his attorneys, moves for leave to cite additional, previously unavailable authority in support of his motion for summary judgment and in opposition to Defendant's motion for summary judgment. In support of his renewed motion, the Plaintiff states as follows:

1. On September 12, 2014, the parties filed cross-motions for summary judgment. (Dkt. 67-70). The parties filed their responses on October 13, 2014, (Dkt. 75-78), and their replies on October 24, 2015. (Dkt. 83-84).

2. On May 11, 2015, the United States Court of Appeals for the Seventh Circuit issued an opinion that is relevant to the arguments made by the Plaintiff in his motion for summary judgment and the arguments made by the Plaintiff in his response to the Defendant's motion for summary judgment. (A copy of the Seventh Circuit's May 11, 2015 opinion in *Armstrong v. Daily*, Nos. 13-3424, 13-3482, 2015 WL 2182942 (7th Cir. May 11, 2015) is attached hereto as Exhibit A).

3. Because this particular Seventh Circuit opinion was issued after the briefing was completed on the Plaintiff's motion for summary judgment and his response to Defendant's motion, the Plaintiff was not able to cite to this opinion in his motion or his response.

4. On May 13, 2015, the Plaintiff filed a motion seeking leave to cite *Armstrong v. Daily* as additional authority. (Dkt. 91). On May 18, 2015, Court denied that motion without prejudice, and instructed that "Plaintiff may renew his motion if he very briefly explains

which portion of the *Armstrong* opinion is relevant to which arguments he made in his summary judgment papers." (Dkt. 93).

5. The following portions of the *Armstrong v. Daily* opinion are relevant to the Plaintiff's arguments:

   a. Section II(C)(2) of the *Armstrong* opinion, entitled "The Rationale for and Scope of Parratt and Hudson," (pp. 22-29), which discusses the application of procedural due process principles to cases involving established state procedures, as is the case in this matter, is relevant to the arguments made in Section I(A) of the Plaintiff's Memorandum in Support of his Motion for Summary Judgment (Dkt. 70, 5-9).

   b. Section (E)(2) of the *Armstrong* opinion, entitled "Clearly Established Law in 2006 – Conduct v. Remedies," (pp. 50-53), which discusses the defense of qualified immunity is relevant to the arguments made in Section II of the Plaintiff's Response to Defendant's Memorandum in Support of His Motion for Summary Judgment (Dkt. 78, 7-9).

Wherefore, the Plaintiff respectfully renews his request for leave to cite additional, previously unavailable authority to support his motion for summary judgment and in opposition to Defendant's motion for summary judgment.

/s/ Iveliz Maria Orellano
Iveliz Maria Orellano,
One of Plaintiff's Attorneys.

Richard Dvorak
Iveliz Maria Orellano
DVORAK LAW OFFICES, LLC
6262 Kingery Highway, Suite 305
Willowbrook, IL 60527
(312) 593-7146
richard.dvorak@civilrightsdefenders.com

## CERTIFICATE OF SERVICE

I, Iveliz Maria Orellano, an attorney, certify that on May 20, 2015, a copy of the foregoing **Plaintiff's Renewed Motion for Leave to Cite Additional Authority in Support of his Motion for Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment** was served upon the attorneys for the Defendant named below through the Court's electronic filing system:

Sunil Shashikant Bhave
Assistant Attorney General
100 West Randolph Street, 13th Floor
Chicago, IL 60601
sbhave@atg.state.il.us

Thor Yukinobu Inouye
Assistant Attorney General
100 West Randolph Street, 13th Floor
Chicago, IL 60601
tinouye@atg.state.il.us

/s/ Iveliz Maria Orellano