**IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID RHEIN** | ) | |
| | ) | No. 13 C 843 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Hon. Judge Gary Feinerman |
| | ) | |
| **LIEUTENANT JOHN COFFMAN** | ) | Hon. Mag. Judge Young B. Kim |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To: All Counsel of Record (via electronic filing)

    PLEASE TAKE NOTICE that on May 20, 2015, I filed with the Clerk of the above captioned Court, **Plaintiff's Renewed Motion for Leave to Cite Additional Authority in Support of his Motion for Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment**, a copy of which is attached hereto and hereby served upon you.

    PLEASE TAKE FURTHER NOTICE that on **Tuesday, May 26, 2015** at **9:00am**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Gary Feinerman** in **Courtroom 2125** of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present **Plaintiff's Renewed Motion for Leave to Cite Additional Authority in Support of his Motion for Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment**, a copy of which is attached and is hereby served upon you.

Date: May 20, 2015　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/Iveliz Maria Orellano
　　　　　　　　　　　　　　　　　　　　Iveliz Maria Orellano,
　　　　　　　　　　　　　　　　　　　　One of the Plaintiff's Attorneys.

## **CERTIFICATE OF SERVICE**

      I, Iveliz Maria Orellano, an attorney, certify that on May 20, 2015, a copy of the foregoing **Notice of Motion** and **Plaintiff's Renewed Motion for Leave to Cite Additional Authority in Support of his Motion for Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment** was served upon the attorneys for the Defendant named below through the Court's electronic filing system:

| | |
|---|---|
| Sunil Shashikant Bhave | Thor Yukinobu Inouye |
| Assistant Attorney General | Assistant Attorney General |
| 100 West Randolph Street, 13th Floor | 100 West Randolph Street, 13th Floor |
| Chicago, IL 60601 | Chicago, IL 60601 |
| sbhave@atg.state.il.us | tinouye@atg.state.il.us |

      /s/ Iveliz Maria Orellano